IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROGERS AND OPTION-X LLC, | : |
| Plaintiffs, | : |
| v. | : No. 3:16-CV-137 |
| GENTEX CORPORATION, | : JUDGE MARIANI |
| Defendant. | : ELECTRONICALLY FILED |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiffs David Rogers and Option-X, LLC and Defendant Gentex Corporation hereby move jointly for the entry of a stipulated confidentiality agreement and protective order in the form attached hereto as Exhibit A.

The parties seek this order to (1) define certain information requested in the course of discovery as "Confidential," (2) establish the circumstances under which such "Confidential" information can be disclosed and/or used for purposes of this litigation, and (3) establish procedures for such production. The entry of the protective order is warranted because discovery[1] in this action involves and/or

---

[1] The parties conducted limited discovery prior to the preliminary injunction hearing in order to prepare for the hearing. Defendant Gentex Corporation's motion to dismiss pursuant to

implicates confidential financial information and other sensitive business and/or personal information within the meaning of Federal Rule of Civil Procedure 26(c).

WHEREFORE, Plaintiffs David Rogers and Option-X, LLC and Defendant Gentex Corporation respectfully request that the Court grant this joint motion and enter the attached protective order.

Respectfully submitted,

/s/ David Rich
David H. Rich

Todd & Weld LLP
One Federal Street
Boston, MA 02110

Counsel for Plaintiff,
David Rogers

/s/ Donna Walsh
Daniel T. Brier
Donna A. Walsh

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503

Counsel for Defendant,
Gentex Corporation

/s/ Emily Edmunds
Emily Edmunds

Saul Ewing LLP
2 North Second Street, 7th Floor
Harrisburg, PA 17101

Counsel for Plaintiff,
David Rogers

Dated:  September 7, 2016

---

Rule 12(b)(6) remains pending before the Court. The parties have agreed that limited discovery may proceed concerning the single aspect of Plaintiffs' breach of contract claim that is not subject to the motion to dismiss and that all other discovery will be stayed pending disposition of the Rule 12(b)(6) motion.