IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROGERS and OPTION-X, LLC | : |
| Plaintiffs, | : |
| v. | : 3:16-CV-00137 |
| | : (JUDGE MARIANI) |
| GENTEX CORPORATION, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 7th DAY OF SEPTEMBER, 2016, upon consideration of Plaintiffs' Motion for Preliminary Injunction, (Doc. 42), and all documents filed in support and in opposition to the Motion, **IT IS HEREBY ORDERED THAT:** Plaintiffs' Motion, (Doc. 42), is **DENIED.**

_____
Robert D. Mariani
United States District Judge