IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID ROGERS and OPTION-X, LLC :
:
Plaintiffs, :
v. : 3:16-CV-00137
: (JUDGE MARIANI)
GENTEX CORPORATION, :
:
Defendant. :

## ORDER

AND NOW, THIS 6th DAY OF MARCH 2017, upon consideration of Defendant's Motion to Dismiss, (Doc. 34), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss, (Doc. 34), is **GRANTED IN PART AND DENIED IN PART**.

2. Defendant's Motion to Dismiss Count I is **DENIED**.

3. Defendant's Motion to Dismiss Count II is **DENIED**.

4. Defendant's Motion to Dismiss Count III is **GRANTED**. Count III is **DISMISSED AS MOOT**.

5. Defendant's Motion to Dismiss Count IV is **DENIED**.

6. Defendant's Motion to Dismiss Count V is **GRANTED**. Count V is **DISMISSED WITHOUT PREJUDICE**.

7. Defendant's Motion to Dismiss Count VI is **GRANTED**. Count VI is **DISMISSED WITHOUT PREJUDICE**.

8. Defendant's Motion to Dismiss Count VII is **GRANTED**. Count VII is **DISMISSED WITHOUT PREJUDICE**.

9. Plaintiffs may file a Second Amended Complaint within **twenty-one (21) days** of the date of this Order.

                                     /s/ Robert D. Mariani
Robert D. Mariani
United States District Judge