IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID ROGERS and OPTION-X, LLC :
:
Plaintiffs, :
v. : 3:16-CV-00137
: (JUDGE MARIANI)
GENTEX CORPORATION, :
:
Defendant. :

## ORDER

AND NOW, THIS 16th DAY OF MARCH, 2018, upon consideration of Defendant's Motion to Dismiss Counts IV-VII of the Second Amended Complaint, (Doc. 71), **IT IS HEREBY ORDERED THAT** Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**, to wit:

1. Defendant's Motion to Dismiss Count IV for fraudulent misrepresentation is **GRANTED**.

2. Defendant's Motion to Dismiss Count V for negligent misrepresentation is **GRANTED**.

3. Defendant's Motion to Dismiss Count VI for fraud is **GRANTED**.

4. Defendant's Motion to Dismiss Count VII for conversion is **DENIED**.

Robert D. Mariani
United States District Judge